1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
3   BRIAN STRETCH (CSBN 163973)
    Chief, Criminal Division
4
    THOMAS M. O'CONNELL (NYSBN 1801950)
    Assistant United States Attorney
5
6       150 Almaden Blvd., Suite 900
        San Jose, California 95113                *E-FILED - 10/8/09*
        Telephone:  (408) 535-5053
7       FAX: (408) 535-5066
        Thomas.M.OConnell@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13
    UNITED STATES OF AMERICA,       )   No. CR 08-00328 - RMW
14                                  )
        Plaintiff,                  )
15                                  )   STIPULATION AND []
        v.                          )   ORDER EXCLUDING TIME
16                                  )
    PAULA LUNA ALVAREZ,             )
17      a/k/a PAULA LUNA,           )
        a/k/a PAULA JUAREZ, and     )   SAN JOSE VENUE
18   CARLOS CONTRERAS DEL CARMEN,   )
        a/k/a CARLOS F. CONTRERAS,  )
19      a/k/a CARLOS F. DEL CARMEN, )
                                    )
20      Defendants.

21   _____

22

23      On September 21, 2009 counsel Alex Park, appearing for both defendants in this case,

24   appeared before the Court along with Government counsel, for status conference.  The

25   defendants requested that the case be continued until at October 26, 2009, 9:00 a.m. in order for

26   counsel for defendant to conduct further investigation and preparation.  The Government

27   indicated that it will supersede the indictment between now and October 26, and will request that

28   a motions calendar and trial date be set on that day.  In addition, the parties requested exclusions

1  of time under the Speedy Trial Act. The parties therefore agree and stipulate that an exclusion of

2  time from September 21, 2009 until October 26, 2009 is appropriate based on the defendant's

3  need for effective preparation of counsel.

4  SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
5

6  DATED:        9/29/09              _____/s/_____
                                                THOMAS M. O'CONNELL
7                                               Assistant United States Attorney

8
   DATED:        9/29/09              _____/s/_____
9                                               GEORGE BENETATOS
                                                Counsel for DELCARMEN
10

11 DATED:        9/29/09              _____/s/_____
                                                ALEX PARK
12                                              Counsel for ALVAREZ

13

14        Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

15 under the Speedy Trial Act from September 21, 2009 until October 26, 2009.   The Court finds,

16 based on the aforementioned reasons, that the ends of justice served by granting the requested

17 continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure

18 to grant the requested continuance would deny defense counsel reasonable time necessary for

19 effective preparation, taking into account the exercise of due diligence, and would result in a

20 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

21 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

22 SO ORDERED.

23

24 DATED:___10/8/09_____          _Ronald M. Whyte_____
                                                RONALD M. WHYTE
25                                              United States District Judge

26

27

28

STIPULATION AND [] ORDER
NO. 08-00328 RMW                    2