JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov       ***E-FILED - 10/23/09***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00328 - RMW |
|    Plaintiff, | |
|    v. | STIPULATION AND [] ORDER EXCLUDING TIME |
| PAULA LUNA ALVAREZ, | |
|    a/k/a PAULA LUNA, | |
|    a/k/a PAULA JUAREZ, and | SAN JOSE VENUE |
| CARLOS CONTRERAS DEL CARMEN, | |
|    a/k/a CARLOS F. CONTRERAS, | |
|    a/k/a CARLOS F. DEL CARMEN, | |
|    Defendants. | |

On September 21, 2009 counsel Alex Park, appearing for both defendants in this case, appeared before the Court along with Government counsel, for status conference. The defendants requested that the case be continued until at October 26, 2009, 9:00 a.m. in order for counsel for defendant to conduct further investigation and preparation. The Government indicated that it will supersede the indictment between now and October 26, and will request that

a motions calendar and trial date be set on that day.  In addition, the parties requested exclusions of time under the Speedy Trial Act.

The parties hereby request a continuance October 26, 2009, to November 16, 2009 at 9:00 a.m..  Counsel for Delcarmen, George Benetatos,  recently returned from abroad and counsel for Alvarez, Alex Park,  is currently out of the country; consequently, they have not had the opportunity to either further their joint investigative efforts, prepare for trial,  or discuss possible resolution of the case, and will not have that opportunity until his return.  For purposes of effective assistance and continuity of counsel, the parties therefore agree and stipulate that an exclusion of time from September 21, 2009 until  November 16, 2009 is appropriate.

SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: 10-8-09                     _____/s/_____
                                              THOMAS M. O'CONNELL
                                              Assistant United States Attorney

DATED: 10-8-09                     _____/s/_____
                                              GEORGE BENETATOS
                                              Counsel for DELCARMEN

DATED: 10-8-09                     _____/s/_____
                                              ALEX PARK
                                              Counsel for ALVAREZ

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from September 21, 2009 until November 16, 2009.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a

1  miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
2  under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
3  SO ORDERED.

4
5  DATED:__ 10/23/09 ____              _____
                                        RONALD M. WHYTE
6                                       United States District Judge