Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone:  (408) 246-1515
Facsimile:  (408) 246-4105
Email:      alexcpark@yahoo.com

Attorney for Paula L. Alvarez

GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone:  (415) 398-2296
Facsimile:  (415) 398-2290
Email:      ggbenetatos@yahoo.com

Attorney for Carlos F. del Carmen

*E-FILED - 8/16/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   Plaintiff, )<br>)<br>   vs. )<br>)<br>PAULA LUNA ALVAREZ, aka )<br>PAULA LUNA, aka PAULA )<br>JUAREZ, and CARLOS F. )<br>CONTRERAS, aka CARLOS F. )<br>DEL CARMEN )<br>)<br>   Defendant. )<br>) | Case No. CR-08-00328 RMW<br><br>STIPULATION AND []<br>ORDER GRANTING TEMPORARY<br>RELEASE OF DEFENDANTS'<br>PASSPORTS DURING FOREIGN<br>DEPOSITIONS |

Defendant Paula Luna Alvarez, through her counsel of record, Alex C. Park, defendant Carlos F. del Carmen through his counsel of record, George G. Benetatos, and the United States of America, by approval and through its counsel of record, United States Attorney Richard C. Cheng, hereby submit this stipulation and proposed order requesting the release of the passports of Paula Luna Alvarez and Carlos F. del Carmen for temporary discovery purposes.

WHEREAS, on July 13, 2010 this court ordered that defendants be allowed to take the foreign depositions of a number of witnesses in Mexico prior to the date of trial in this case.

WHEREAS, defendants have determined it necessary for the accomplishment of a complete defense that Paula Luna Alvarez and Carlos F. del Carmen attend the depositions of said witnesses.

WHEREAS, the passports of Paula Luna Alvarez and Carlos F. del Carmen have been surrendered to the Clerk of the U.S. District Court pursuant the pretrial release orders.

WHEREAS, for good cause, counsel for defendants Paula Luna Alvarez and Carlos F. del Carmen request that their passports be temporarily released to allow both defendants to attend the foreign depositions in this case.

WHEREAS, Plaintiff United States of America, through counsel of record, United States Attorney, Richard C. Cheng, hereby agree to this stipulation and proposed order.

NOW THEREFORE, the undersigned parties, by and through their counsel of record respectfully stipulate as follows:

1. The passports of Paula L. Alvarez and Carlos F. del Carmen will be released by the Clerk of the United States District Court to the temporary possession of defendants Paula L. Alvarez and Carlos F. del Carmen;
2. Upon return to the United States following the foreign depositions in this case the passports of Paula L. Alvarez and Carlos F. del Carmen will be

STIPULATION AND [] ORDER - PASSPORTS
Case No. CR-08-00328 RMW

immediately surrendered to the Clerk of the United States District Court.

Respectfully submitted,

LAW OFFICES OF ALEX C. PARK

Dated: August 8, 2010      By:   /s/ Alex C. Park

Alex C. Park,
Attorney for Paula L. Alvarez

LAW OFFICES OF GEORGE G. BENETATOS

Dated: August 8, 2010      By:   /s/ George G. Benetatos

George G. Benetatos,
Attorney for and Carlos F. del Carmen

THOMAS M. O'CONNELL
UNITED STATES ATTORNEY

Dated: August 8, 2010      By:   /s/ Richard C. Cheng

Richard C. Cheng, U.S. Attorney
Attorney for Plaintiff

**ORDER**

For good cause shown above,

IT IS SO ORDERED.

Dated: 8/16/10

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge